

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-19-00878-CR

Thomas Robert **GILCHRIST**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2017-04-13013-CR
Honorable H. Paul Canales, Judge Presiding

# O R D E R

On December 19, 2019, appellant filed a pro se notice of appeal seeking to appeal an order that denied his "Pretrial Motion to Dismiss Prosecution with Prejudice" and "Motion to Dismiss Abuse-Prosecutorial Misconduct" signed on December 16, 2019. On January 17, 2020, the district clerk filed the clerk's record, which contained the December 16, 2019 order but did not include a judgment of conviction.

In general, we have jurisdiction to consider an appeal by a criminal defendant only when the trial court has signed a judgment of conviction. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (citing *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961)). We do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted to us by law. *Id.*

Because there is no judgment of conviction, we **ORDER** appellant to file a response showing why this appeal should not be dismissed for want of jurisdiction **by February 26, 2020.** appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the district clerk to prepare one and notify this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on the trial court, all counsel, appellant, and the court reporter.

_____

Beth Watkins, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2020.



_____

MICHAEL A. CRUZ,
Clerk of Court